WILLIAM R. SMITH,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4038

Opinion filed September 27, 2016.

An appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

Appellant William R. Smith, pro se.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

MAKAR, OSTERHAUS, and RAY, JJ., CONCUR.